# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1545
_____

Katherine Jacobs

*Plaintiff - Appellant*

v.

Johnson Storage & Moving Co. Holdings, LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 6, 2020
Filed: November 12, 2020
[Unpublished]
_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Katherine Jacobs appeals after the district court's[1] adverse grant of summary judgment in this action under, inter alia, the Fair Labor Standards Act and the

_____

[1]The Honorable Stephen R. Clark, United States District Judge for the Eastern District of Missouri.

Missouri Minimum Wage Law. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Banks v. John Deere & Co.</u>, 829 F.3d 661, 665 (8th Cir. 2016) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____